**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 308 EAL 2014
:
                Respondent : Petition for Allowance of Appeal from the
: Order of the Superior Court
:
          v. :
:
:
:
JACQUE WARREN, :
:
                Petitioner :

## ORDER

**PER CURIAM**

      **AND NOW**, this 8th day of October, 2014, the Petition for Allowance of Appeal is **DENIED**.